1  Daniel T. Dobrygowski (State Bar No. 253137)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104
3  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
4  E-mail:      ddobrygowski@jonesday.com

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  **HEIDI GITTERMAN,**                    **Case No. CV 09-05382 RS**

12              **Plaintiff,**              **DEFENDANT EXPERIAN
                                            INFORMATION SOLUTIONS, INC.'S
13        **v.**                            ANSWER AND AFFIRMATIVE
                                            DEFENSES TO PLAINTIFF'S FIRST
14  **EXPERIAN INFORMATION**                **AMENDED COMPLAINT FOR
    SOLUTIONS, INC.,**                      VIOLATIONS OF FEDERAL FAIR
15                                          CREDIT REPORTING AGENCIES
                **Defendant.**             ACT**
16

17

18

19        NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by its

20  undersigned counsel, and in answer to Plaintiff's First Amended Complaint ("Complaint"), states

21  as follows:

22              I.      **PRELIMINARY STATEMENT**

23        1.      In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has

24  alleged jurisdiction based on the Fair Credit Reporting Act, namely 15 U.S.C. § 1691 *et seq.*

25  Experian states that this is a legal conclusion which is not subject to denial or admission.

26        2.      In response to paragraph 2 of the Complaint, Experian does not have knowledge or

27  information sufficient to form a belief as to the truth of these allegations and, on that basis,

28  denies, generally and specifically, each and every such allegation.

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff seeks the damages listed therein but denies that Plaintiff's alleged damages, in any, were caused by Experian.  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every  allegation alleged therein.

4.      In response to paragraph 4 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.

## II.     PARTIES

5.      In response to paragraph 5 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every such allegation.

6.      In response to paragraph 6 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.

7.      In response to paragraph 7 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.  Experian further admits that it is qualified to do business and does conduct business in the State of California.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

8.      In response to paragraph 8 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.

9.      In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.      In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## III.     JURISDICTION & VENUE

11.      In response to paragraph 11 of the Complaint, Experian admits that Plaintiff has

1   alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, 28 U.S.C.

2   § 1331 and 28 U.S.C. §§ 2201 and 2202.  Experian states that this is a legal conclusion which is

3   not subject to denial or admission.

4         12.   In response to paragraph 12 of the Complaint, Experian admits that Plaintiff has

5   alleged venue based 28 U.S.C. § 1391.  Experian states that this is a legal conclusion which is not

6   subject to denial or admission.  With regard to any other allegations against Experian in

7   paragraph 12, Experian is without knowledge or information sufficient to form a belief as to the

8   truth of the allegations contained therein and, on that basis, denies, generally and specifically,

9   each and every allegation contained therein.

10   ### IV.   INTRADISTRICT ASSIGNMENT

11         13.   In response to paragraph 13 of the Complaint, Experian admits that Plaintiff has

12   alleged venue based Civil L.R. 3-2(c), (d).  With regard to any other allegations against Experian

13   in paragraph 13, Experian is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

15   each and every allegation contained therein.

16   ### V.   FACTS REGARDING PLAINTIFF HEIDI GITTERMAN

17         14.   In response to paragraph 14 of the Complaint, Experian does not have knowledge

18   or information sufficient to form a belief as to the truth of these allegations and, on that basis,

19   denies, generally and specifically, each and every such allegation.

20         15.   In response to paragraph 15 of the Complaint, Experian does not have knowledge

21   or information sufficient to form a belief as to the truth of these allegations and, on that basis,

22   denies, generally and specifically, each and every such allegation.

23         16.   In response to paragraph 16 of the Complaint, Experian admits that Exhibit A,

24   attached to the Complaint, appears to be a true and correct copy of a credit report dated August

25   31, 2009.  Experian states that Exhibit A speaks for itself and on that basis, denies any allegations

26   of paragraph 16 inconsistent therewith.  Experian further states that paragraph 16 contains legal

27   conclusions which are not subject to denial or admission.

28         17.   In response to paragraph 17, Experian states that Exhibit A speaks for itself and on

ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. CV 09-05382 RS

that basis, denies any allegations of paragraph 17 inconsistent therewith.  As to any other allegations in paragraph 17 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Complaint.  Experian further states that paragraph 16 contains legal conclusions which are not subject to denial or admission.

18.     In response to paragraph 18 of the Complaint, Experian admits that Exhibit B, attached to the Complaint, appears to be a true and correct copy of a letter dated August 3, 2009. Experian states that Exhibit B speaks for itself and on that basis, denies any allegations of paragraph 18 inconsistent therewith.  Experian further states that paragraph 18 contains legal conclusions which are not subject to denial or admission.

19.     In response to paragraph 19 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## VI.     FIRST CLAIM FOR RELIEF

21.     In response to paragraph 21 or the Complaint, Experian incorporates its responses to paragraphs 1 through 20, above, and reasserts its answers and defenses.

22.     In response to paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 22 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 23 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on

that basis, denies, generally and specifically, each and every remaining allegation of paragraph 23 of the Complaint.

24.     In response to paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 24 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Complaint.

25.     In response to paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 25 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 25 of the Complaint.

26.     In response to paragraph 26 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 26 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 26 of the Complaint.

27.     In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the allegations in paragraph 27 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 27 of the Complaint.

A.     In response to paragraph 27A of the Complaint, Experian denies, generally and specifically, each and every allegation against Experian contained therein.  As to the

1   allegations in paragraph 27A of the Complaint that relate to other defendants, Experian does not

2   have knowledge or information sufficient to form a belief as to the truth of those allegations and,

3   on that basis, denies, generally and specifically, each and every remaining allegation of paragraph

4   27A of the Complaint.

5           B.      In response to paragraph 27B of the Complaint, Experian denies, generally

6   and specifically, each and every allegation against Experian contained therein.  As to the

7   allegations in paragraph 27B of the Complaint that relate to other defendants, Experian does not

8   have knowledge or information sufficient to form a belief as to the truth of those allegations and,

9   on that basis, denies, generally and specifically, each and every remaining allegation of paragraph

10  27B of the Complaint.

11          C.      In response to paragraph 27C of the Complaint, Experian denies, generally

12  and specifically, each and every allegation against Experian contained therein.  As to the

13  allegations in paragraph 27C of the Complaint that relate to other defendants, Experian does not

14  have knowledge or information sufficient to form a belief as to the truth of those allegations and,

15  on that basis, denies, generally and specifically, each and every remaining allegation of paragraph

16  27C of the Complaint.

17          D.      In response to paragraph 27D of the Complaint, Experian denies, generally

18  and specifically, each and every allegation against Experian contained therein.  As to the

19  allegations in paragraph 27D of the Complaint that relate to other defendants, Experian does not

20  have knowledge or information sufficient to form a belief as to the truth of those allegations and,

21  on that basis, denies, generally and specifically, each and every remaining allegation of paragraph

22  27D of the Complaint.

23          E.      In response to paragraph 27E of the Complaint, Experian denies, generally

24  and specifically, each and every allegation against Experian contained therein.  As to the

25  allegations in paragraph 27E of the Complaint that relate to other defendants, Experian does not

26  have knowledge or information sufficient to form a belief as to the truth of those allegations and,

27  on that basis, denies, generally and specifically, each and every remaining allegation of paragraph

28  27E of the Complaint.

28.   In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 28 of the Complaint that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 28 of the Complaint.

29.   In response to paragraph 29 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.  To the extent that further response is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to punitive damages.

30.   In response to paragraph 30 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.  To the extent that further response is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to her attorney fees.

## VII.   PLAINTIFF'S PRAYER FOR RELIEF

31.   In response to paragraph 31 of the Complaint, Experian denies that Plaintiff is entitled to the relief sought.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

### (IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

1    **THIRD AFFIRMATIVE DEFENSE**

2    **(TRUTH/ACCURACY OF INFORMATION)**

3    All claims against Experian are barred because all information Experian communicated to

4    any third person regarding Plaintiff was true.

5    **FOURTH AFFIRMATIVE DEFENSE**

6    **(INDEMNIFICATION)**

7    Experian is informed and believes and thereon alleges that any purported damages

8    allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom

9    Experian had neither control nor responsibility.

10   **FIFTH AFFIRMATIVE DEFENSE**

11   **(FAILURE TO MITIGATE DAMAGES)**

12   Plaintiff has failed to mitigate her damages.

13   **SIXTH AFFIRMATIVE DEFENSE**

14   **(LACHES)**

15   The Complaint and each claim for relief therein is barred by laches.

16   **SEVENTH AFFIRMATIVE DEFENSE**

17   **(CONTRIBUTORY/COMPARATIVE FAULT)**

18   Experian is informed and believes and thereon alleges that any alleged damages sustained

19   by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and resulted from

20   Plaintiffs own negligence which equaled or exceeded any alleged negligence or wrongdoing by

21   Experian.

22   **EIGHTH AFFIRMATIVE DEFENSE**

23   **(ESTOPPEL)**

24   Any damages which Plaintiff may have suffered, which Experian continues to deny, were

25   the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and

26   barred from recovery of any damages.

27

28

1
2

**NINTH AFFIRMATIVE DEFENSE**

**(STATUTE OF LIMITATIONS)**

3      Experian is informed and believes and thereon alleges that all claims for relief in the
4  Complaint herein are barred by the applicable statutes of limitation, including but not limited to
5  15 U.S.C. § 1681p.

6      **TENTH AFFIRMATIVE DEFENSE**

7      **(CONTRACT)**

8      Cross-Complainant is barred by contract from asserting any of its alleged claims against
9  Experian.

10      **ELEVENTH AFFIRMATIVE DEFENSE**

11      **(UNCLEAN HANDS)**

12      The Complaint, and each claim for relief therein that seeks equitable relief, is barred by
13  the doctrine of unclean hands.

14      **TWELFTH AFFIRMATIVE DEFENSE**

15      **(RIGHT TO ASSERT ADDITIONAL DEFENSES)**

16      Experian reserves the right to assert additional affirmative defenses at such time and to
17  such extent as warranted by discovery and the factual developments in this case.

18      **PRAYER**

19      WHEREFORE, Defendant Experian Solutions, Inc. prays as follows:

20      (1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be
21             dismissed in its entirety;

22      (2)    For costs of suit and attorneys' fees herein incurred; and

23      (3)    For such other and further relief as the Court may deem just and proper.

24
25
26
27
28

ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. CV 09-05382 RS

1     Dated: March 22, 2010                      Respectfully submitted,

2                                                 Jones Day

3

4                                                 By:  _____/S/_____
                                                       Daniel T. Dobrygowski
5
                                                  Counsel for Defendant
6                                                 EXPERIAN INFORMATION SOLUTIONS,
                                                  INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    SFI-628959v1

ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. CV 09-05382 RS