*E-Filed 8/24/10*

1  Daniel T. Dobrygowski (CA Bar No. 253137)
   ddobrygowski@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7  Michelle Van Dyke, Esq. (SBN 171477)
   mvandyke@svlaw.org
8  Christopher C. Saldaña, Esq. (SBN 269456)
   csaldana@svlaw.org
9  SHEWRY & VAN DYKE, LLP
   402 West Broadway, Suite 950
10 San Diego, California 92101-8504
   Telephone:     (619) 233-8824
11 Facsimile:     (619) 233-1002

12 Attorneys for Plaintiff
   HEIDI GITTERMAN
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16

17 **HEIDI GITTERMAN,**                    **Case No.  CV-09-05382 RS MED**

18             **Plaintiff,**              **STIPULATION AND [PROPOSED]
                                           ORDER TO EXTEND MEDIATION**
19        **v.**                           **CONCLUSION DEADLINE**

20 **EXPERIAN INFORMATION
   SOLUTIONS, INC.,**
21
              **Defendant.**
22

23

24

25

26

27

28

                          STIPULATION AND [PROP.] ORDER RE. MEDIATION
                                                  CASE NO. CV 09-05382 RS MED

Pursuant to Civil L.R. 7 and ADR L.R. 6-5(a), (b), the undersigned, counsel of record for Plaintiff Heidi Gitterman and counsel of record for Defendant Experian Information Solutions, Inc., hereby agree to continue to **October 4, 2010** the current deadline (September 7, 2010) to conclude mediation in this matter. *See* Doc. No. 27, 1:22-25. The parties have stipulated to this continuance primarily because of difficulties scheduling the mediation and related matters within the time frame set forth by the Court's local rules and case management scheduling order. Counsel have encountered these scheduling difficulties as a result of pre-existing obligations in other cases.

Dated: August 24, 2010                    Respectfully submitted,

                                          JONES DAY


                                          By:        /S/
                                              Daniel T. Dobrygowski

                                          Counsel for Defendant
                                          EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: August 24, 2010                    SHEWRY & VAN DYKE, LLP


                                          By:        /S/
                                              Christopher C. Saldaña
                                              Michelle Van Dyke

                                          Counsel for Plaintiff
                                          HEIDI GITTERMAN

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to complete mediation in this case is continued to **October 4, 2010**.


DATED: August __24__, 2010

                                          _____
                                          The Honorable RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROP.] ORDER RE. MEDIATION
CASE NO. CV 09-05382 RS MED