UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| HEIDI GITTERMAN,<br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>    Defendant.<br>_____/ | No. C 09-5382 RS<br><br>**ORDER DENYING REQUEST FOR DEFENDANT TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:       September 24, 2010<br>Mediator:  John DiNapoli |

    IT IS HEREBY ORDERED that the request for defendant Experian Information Solutions, Inc.'s representative, Abril Turner, to be excused from personally attending the September 24, 2010 mediation session before John DiNapoli is DENIED.  The court finds that has Ms. Turner has not made adequate showing that her personally attending the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d).  Accordingly, the court DENIES the request and orders Ms. Turner to attend the mediation in person.

    IT IS SO ORDERED.

September 15, 2010        By:        *Elizabeth D. Laporte*
Dated                                                    Elizabeth D. Laporte
                                                        United States Magistrate Judge