*E-Filed 3/1/11*

1  Angela M. Taylor (CA Bar No. 210425)
   angelataylor@jonesday.com
2  JONES DAY
   3 Park Plaza, Suite 1100
3  Irvine, CA  92614
   Telephone:     (949) 851-3939
4  Facsimile:      (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | **HEIDI GITTERMAN,**          | Case No.  CV-09-05382 RS |
   |                                |                          |
12 |          **Plaintiff,**        | **NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;** |
13 |     v.                         |                          |
14 | **EXPERIAN INFORMATION SOLUTIONS, INC.,** | [~~PROPOSED~~] ORDER |
15 |                                |                          |
16 |          **Defendant.**        |                          |

17      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18      Please take notice that Defendant Experian Information Solutions, Inc. hereby substitutes

19 counsel in this matter from **Daniel T. Dobrygowski** of **Jones Day** to **Angela M. Taylor** of **Jones**

20 **Day** at the address and telephone numbers listed below:

21

22      JONES DAY
        3 Park Plaza, Suite 1100
23      Irvine, CA  92614
        Telephone:     (949) 851-3939
24      Facsimile:      (949) 553-7539

25 //

26 //

27 //

28

NOTICE OF SUBSTITUTION AND [~~PROP.~~] ORDER
CASE NO. CV 09-05382 RS

I consent to this substitution.

Dated: February 24, 2011                    JONES DAY


                                            By:  /S/
                                                 Angela M. Taylor


I accept this substitution.

Dated: February 24, 2011                    JONES DAY


                                            By:  /S/
                                                 Daniel T. Dobrygowski


## **ORDER**

The Substitution of Attorney requested by Defendants is hereby granted.


Dated:  3/1      , 2011

                                            _____
                                            RICHARD SEEBORG
                                            United States District Judge

SFI-662471v1