*E-Filed 3/2/11*

| | |
|---|---|
| 1 | Angela M. Taylor (CA Bar No. 210425) |
| | angelataylor@jonesday.com |
| 2 | Eric J. Hardeman (SBN 253489) |
| | ejhardeman@jonesday.com |
| 3 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 4 | Irvine, CA  92614 |
| | Telephone:     (949) 851-3939 |
| 5 | Facsimile:      (949) 553-7539 |
| 6 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HEIDI GITTERMAN,** | | Case No.  CV-09-05382 RS |
| **Plaintiff,** | | **STIPULATION TO EXTEND DEADLINES AND [~~PROPOSED~~] ORDER** |
| v. | | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | | [LOCAL RULE 6-1] |
| **Defendant.** | | |

Plaintiff Heidi Gitterman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby STIPULATE to modify the Court's Case Management Scheduling Order (Docket No. 27) to extend the deadline for completion of non-expert discovery from March 15, 2011, by sixty days, to May 14, 2011.

Good cause exists to extend the discovery deadline because the parties' counsel were unable to coordinate written discovery and depositions due to scheduling conflicts with their respective counsel.  Daniel Dobrygowski, Experian's former attorney in this case, has recently left the law firm of Experian's counsel, Jones Day, and was also unavailable to coordinate discovery at the beginning of this year after his wife gave birth.  In addition, Plaintiff's attorney Christopher Saldaña was involved in two trials in southern California lasting approximately two months at the beginning of this year.  This is the first request by the parties to extend the pre-trial deadlines in this case, and the parties submit that all non-expert discovery will be completed on or

1  before May 14, 2011.

Dated: March 1, 2011						JONES DAY

								By: */s/ Eric J. Hardeman*
								     Eric J. Hardeman

								Attorneys for Defendant
								EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: March 1, 2011						SHEWRY & VAN DYKE, LLP

								By:  */s/ Christopher C. Saldaña*
								      Christopher C. Saldaña

								Attorneys for Plaintiff
								HEIDI GITTERMAN

IT IS SO ORDERED.

Dated: __3/2_____, 2011				_____
								UNITED STATES DISTRICT JUDGE
								NORTHERN DISTRICT OF CALIFORNIA