*E-Filed 3/30/11*

Michelle Van Dyke, Esq. (SBN 171477)
E-mail: mvandyke@svlaw.org
Christopher C. Saldaña, Esq. (SBN 269456)
E-mail: csaldana@svlaw.org
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, California 92101-8504
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Plaintiff HEIDI GITTERMAN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI GITTERMAN, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation doing business as EXPERIAN; and DOES ONE through TEN, inclusive,<br><br>　　　Defendants. | Case No.: 3:09-cv-05382-RS<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER; [~~PROPOSED~~] ORDER THEREON**<br><br>**[Civil L.R. 6-1; 6-2; 7-12]**<br><br>District Judge:　Hon. Richard Seeborg<br>Courtroom:　　　3 |

　　　The Plaintiff, HEIDI GITTERMAN ("Plaintiff" or "Gitterman"), by and through her attorneys of record, Shewry & Van Dyke, LLP, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through its attorneys, Jones Day, Plaintiff Heidi Gitterman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby STIPULATE to modify the Court's Case Management Scheduling Order [Doc. Nos. 27 & 39] to extend the deadline for completion of non-expert discovery by sixteen (16) days, from May 14, 2011 to May 31, 2011.  In anticipation of the Court's grant of this request, Experian has granted to Plaintiff a two-week extension of time within which to respond to Experian's written discovery requests.

　　　The parties agree that good cause exists to extend the discovery deadline.  After service by Experian in early March, 2011 of written discovery, Plaintiff's mother fell ill and thereafter passed

away. Due to the extreme emotional difficulties endemic in such situations, and other concomitant considerations, Plaintiff has been unable to fully participate in the preparation of responses during the time frames set forth under the Federal Rules of Civil Procedure. This current state of affairs was not one reasonably foreseeable by the parties or their counsel.

This is the second request of the parties to modify the Case Management Scheduling Order [*See* Doc. Nos. 38 & 39], adding a total of 74 days to the dates initially set forth in Doc. No. 27. The parties anticipate that all non-expert discovery will be concluded by June 6, 2011.

DATED: March 29, 2011                    SHEWRY & VAN DYKE, LLP

                                                        By     */s/ Christopher C. Saldaña*
                                                              Christopher C. Saldaña, Esq.
                                                              Michelle L. Van Dyke, Esq.
                                                              Attorneys for Plaintiff HEIDI GITTERMAN

DATED: March 29, 2011                    JONES DAY

                                                          By     */s/ Eric J. Hardeman*
                                                              Eric J. Hardeman, Esq.
                                                             Angela M. Taylor, Esq.
                                                             Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   3/30/11                         _____
                                                          UNITED STATES DISTRICT JUDGE
                                                          NORTHERN DISTRICT OF CALIFORNIA