| | |
|---|---|
| 1 | Angela M. Taylor (SBN 210425) |
| | angelataylor@jonesday.com |
| 2 | Eric J. Hardeman (SBN 253489) |
| | ejhardeman@jonesday.com |
| 3 | JONES DAY |
| | 3161 Michelson Drive, Suite 1100 |
| 4 | Irvine, CA  92612 |
| | Telephone:     (949) 851-3939 |
| 5 | Facsimile:      (949) 553-7539 |
| 6 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEIDI GITTERMAN,** | Case No.  CV-09-05382 RS |
| **Plaintiff,** | **STIPULATION TO WITHDRAW CLAIMS FOR ACTUAL ECONOMIC DAMAGES** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

Plaintiff Heidi Gitterman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby STIPULATE that all of Plaintiff's claims against Experian in this case for actual economic damages Plaintiff allegedly sustained as a result of credit denials, lost opportunities to receive credit, increased costs of credit, or for any other reason, are hereby withdrawn.  Nothing in this Stipulation shall be construed as a withdrawal of Plaintiff's right to seek emotional distress damages, statutory damages, or punitive damages against Experian.


| | | |
|---|---|---|
| 1 | Dated: July 26, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Eric J. Hardeman* |
| 4 | | Eric J. Hardeman |
| 5 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | Dated: July 26, 2011 | SHEWRY & VAN DYKE, LLP |
| 8 | | |
| 9 | | By: */s/ Christopher C. Saldaña* |
| 10 | | Christopher C. Saldaña |
| 11 | | Attorneys for Plaintiff<br>HEIDI GITTERMAN |

IT IS SO ORDERED.

Dated: 7/29, 2011

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA