Michelle Van Dyke, Esq. (SBN 171477)
E-mail: mvandyke@svlaw.org
Christopher C. Saldaña, Esq. (SBN 269456)
E-mail: csaldana@svlaw.org
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, California 92101-8504
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Plaintiff HEIDI GITTERMAN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI GITTERMAN, an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation doing business as EXPERIAN; and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | Case No.: 3:09-cv-05382-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF HEIDI GITTERMAN'S *UNOPPOSED* MOTION TO ENLARGE BRIEFING DATES AND CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; POINTS & AUTHORITIES IN SUPPORT**<br><br>**[Civil L.R. 6-3; 7-1(a)(2); 7-11]**<br><br>District Judge:　Hon. Richard Seeborg<br>Courtroom:　　　3<br>Date Deemed Submitted: August 26, 2011 |

The Plaintiff, HEIDI GITTERMAN, has pursuant to Civil Local Rules 6-3, 7-1(a)(2), and 7-11 moved this Court for an order:

　　　　(1)　　enlarging her time to file papers in opposition to Defendant EXPERIAN INFORMATION SOLUTIONS, INC.'S motion for summary judgment;

　　　　(2)　　enlarging EXPERIAN INFORMATION SOLUTIONS, INC.'S time to reply to Plaintiff GITTERMAN'S opposition to the motion for summary judgment; and

　　　　(3)　　continuing the hearing on Defendant's motion for summary judgment from September 22, 2011 to October 7, 2011, which in turn requires a fifteen (15)-day continuance of the pretrial motion hearing cut-off.

Z:\Gitterman v. Experian Information (206-1014)\Pleadings\Motion Continue Dates Prop Order.wpd

1

**[PROPOSED] ORDER GRANTING PLAINTIFF GITTERMAN'S
MOTION TO ENLARGE BRIEFING DATES & CONTINUE HEARING ON DEFENDANT'S MSJ**

EXPERIAN INFORMATION SOLUTIONS, INC. does not stipulate to the relief requested by Plaintiff's motion, but its counsel has indicated that it nevertheless does not oppose Plaintiff Gitterman's motion.

The Court has considered Plaintiff's moving and supporting papers and, good cause appearing, **GRANTS** Plaintiff's motion. The dates relevant to Defendant's motion for summary judgment are hereby modified as follows:

| Event | Original Date(s)/Deadline(s) | Newly Established Date(s)/ Deadline(s) |
|---|---|---|
| Plaintiff's Opposition to Motion for Summary Judgment (and supporting papers) | August 31, 2011 | **September 14, 2011** |
| Defendant's Reply in Support of Motion for Summary Judgment (and appropriate supporting papers, if any) | September 7, 2011 | **September 21, 2011** |
| Pretrial Motion Hearing Cut-Off | September 22, 2011 | **October 7, 2011** |
| Hearing on Defendant's Motion for Summary Judgment | September 22, 2011 | **October 7, 2011** |

**IT IS SO ORDERED.**

Dated: 8/24/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Z:\Gitterman v. Experian Information (206-1014)\Pleadings\Motion Continue Dates Prop Order.wpd

2

[~~PROPOS~~ED] ORDER GRANTING PLAINTIFF GITTERMAN'S MOTION TO ENLARGE BRIEFING DATES & CONTINUE HEARING ON DEFENDANT'S MSJ